Thomas B. Mayhew (State Bar No. 183539)
C. Brandon Wisoff (State Bar No. 121930)
Joshua W. Malone (State Bar No. 301836)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Fax: (415) 954-4480
tmayhew@fbm.com
bwisoff@fbm.com
jmalone@fbm.com

*Attorneys for*
LINDT & SPRUNGLI (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, a North Carolina corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:19-CV-01889-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: TBD |

Pursuant to Rule 144 of the Local Rules for the United States District Court for the Eastern District of California, Defendant Lindt & Sprungli (North America) Inc. and Plaintiff Jacobson Warehouse Company, Inc., d/b/a XPO Logistics Supply Chain, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed their Complaint on September 18, 2019;

WHEREAS, Plaintiff served their Complaint on Defendant on September 19, 2019;

WHEREAS, the deadline for Defendant to serve a responsive pleading is October 10, 2019;

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO EXTEND TIME TO RESPOND
TO COMPLAINT
Case No. 2:19-CV-01889-TLN-AC

WHEREAS, the parties disagree as to whether Plaintiff's entire claim is required to be submitted to arbitration, and Defendant accordingly intends to file a Motion to Compel Arbitration;

WHEREAS, the parties agree to extend the time for Defendant to serve its Motion to Compel Arbitration until October 24, 2019;

WHEREAS, if the Court issues an order denying Defendant's Motion to Compel Arbitration, the parties agree to extend the time for Defendant to serve a Rule 12 responsive pleading or Rule 13 compulsory counterclaim(s) to Plaintiff's Complaint until 21 days after such order;

WHEREAS, no prior extensions have been requested for Defendant's response to Plaintiff's Complaint;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendant's deadline for serving a Motion to Compel Arbitration is October 24, 2019

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO EXTEND TIME TO RESPOND
TO COMPLAINT
Case No. 2:19-CV-01889-TLN-AC

2

36860\12708477.1

2. If the Court issues an order denying Defendant's Motion to Compel Arbitration; Defendant shall by 21 days after the date of such order serve its response to the Complaint under Rule 12, and any Rule 13 compulsory counterclaim(s).

Dated: September 30, 2019

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By: */s/ Thomas B. Mayhew*
Thomas B. Mayhew

Attorneys for LINDT & SPRUNGLI (NORTH AMERICA) INC.

Dated: September 30, 2019

THOMPSON COBURN LLP

By: */s/ Jeffrey N. Brown*
Jeffrey N. Brown

Attorneys for JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:19-CV-01889-TLN-AC

3

36860\12708477.1

## **SIGNATURE CERTIFICATION**

I, Joshua W. Malone, am the CM/ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint. I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: September 30, 2019           FARELLA BRAUN + MARTEL LLP


By:     */s/ Joshua W. Malone*
        Joshua W. Malone

Attorneys for LINDT & SPRUNGLI (NORTH AMERICA) INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:19-CV-01889-TLN-AC

4

36860\12708477.1

# ORDER ON STIPULATION TO EXTEND TIME
# TO RESPOND TO COMPLAINT

The Court, having considered the Joint Stipulation to Extend Time to Respond to Complaint set forth above, and for good cause shown, hereby ORDERS:

1. Defendant's deadline for serving a Motion to Compel Arbitration is October 24, 2019; and

2. If the Court issues an order denying Defendant's Motion to Compel Arbitration, Defendant's deadline to serve a Rule 12 responsive pleading and/or Rule 13 compulsory counterclaim(s) to Plaintiff's Complaint shall be 21 days after such order.

DATED: September 30, 2019

Troy L. Nunley
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO EXTEND TIME TO RESPOND
TO COMPLAINT
Case No. 2:19-CV-01889-TLN-AC

5

36860\12708477.1