1  Thomas B. Mayhew (State Bar No. 183539)
   C. Brandon Wisoff (State Bar No. 121930)
2  Joshua W. Malone (State Bar No. 301836)
   Farella Braun + Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Fax: (415) 954-4480
5  tmayhew@fbm.com
   bwisoff@fbm.com
6  jmalone@fbm.com

7  *Attorneys for*
   LINDT & SPRUNGLI (NORTH AMERICA) INC.
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, a North Carolina corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:19-CV-01889-TLN-AC<br><br>**STIPULATION AND ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE REGARDING JACOBSON'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**<br><br>Judge: Hon. Troy L. Nunley<br>Crtrm.: 2 (15th Floor)<br><br>Trial Date: Not set |

36860\12700018.6

1     The undersigned Plaintiff Jacobson Warehouse Company, Inc. ("Jacobson") and

2 Defendant Lindt & Sprungli (North America) Inc. ("Lindt"), by and through their respective

3 counsel, hereby stipulate and agree as follows:

4     WHEREAS, Jacobson filed an Application for Right to Attach Order and Order for

5 Issuance of Writ of Attachment ("Application") on October 15, 2019;

6     WHEREAS, Jacobson's Application is currently set for hearing on November 14, 2019;

7     WHEREAS, Lindt's counsel is unavailable on November 14, 2019 due to a conflict in

8 another case;

9     WHEREAS, Lindt's deadline to file a Motion to Compel Arbitration is October 24, 2019,

10 and Lindt intends to set it for hearing on December 19, 2019;

11     WHEREAS, the parties agree to continue the hearing on Jacobson's Application until

12 December 19, 2019, the same date as the hearing on Lindt's Motion to Compel Arbitration;

13     WHEREAS, Lindt's Opposition to Jacobson's Application is to be filed on December 5,

14 2019, and Jacobson's Reply in support of its Application is to be filed on December 12, 2019.

15     THEREFORE, the parties hereby stipulate and respectfully request that the Court issue an

16 order setting the hearing on Jacobson's Application to December 19, 2019, the same date as the

17 hearing on Lindt's Motion to Compel Arbitration, with Lindt's Opposition to the Application to be

18 filed on December 5, 2019, and Jacobson's Reply in support of its Application to be filed on

19 December 12, 2019.

20

21 Dated: October 24, 2019             **FARELLA BRAUN + MARTEL LLP**

22

23                              By:  */s/ Thomas B. Mayhew*
                                   Thomas B. Mayhew

24

25                              Attorneys for Defendant
                             LINDT & SPRUNGLI (NORTH AMERICA) INC.

26 / / /

27 / / /

28 / / /                                          1                                   36860\12700018.6

| | | |
|---|---|---|
| 1 | Dated: October 24, 2019 | **THOMPSON COBURN LLP** |
| 2 | | |
| 3 | | By: _/s/ Jeffrey N. Brown_ |
| 4 | | Jeffrey N. Brown |
| 5 | | Attorneys for Plaintiff |
| 6 | | JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN |

2

36860\12700018.6

STIPULATION SETTING HEARING DATE AND
BRIEFING SCHEDULE RE JACOBSON'S APPLICATION
FOR RIGHT TO ATTACH ORDER
Case No. 2:19-CV-01889-TLN-AC

## **SIGNATURE CERTIFICATION**

I, Joshua W. Malone, am the CM/ECF user whose ID and password are being used to file this Stipulation Setting Hearing Date and Briefing Schedule Regarding Jacobson's Application Right to Attach Order and Order for Issuance of Writ of Attachment. I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: October 24, 2019  FARELLA BRAUN + MARTEL LLP

By: */s/ Joshua W. Malone*
Joshua W. Malone

Attorneys for Defendant
LINDT & SPRUNGLI (NORTH AMERICA) INC.

3

36860\12700018.6

STIPULATION SETTING HEARING DATE AND
BRIEFING SCHEDULE RE JACOBSON'S APPLICATION
FOR RIGHT TO ATTACH ORDER
Case No. 2:19-CV-01889-TLN-AC

**ORDER ON STIPULATION SETTING HEARING DATE AND BRIEFING SCHEDULE REGARDING JACOBSON'S APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**

The Court, having considered the Stipulation set forth above, and for good cause shown, hereby ORDERS:

1. Jacobson's hearing on its Application, previously set for November 14, 2019, is hereby continued until December 19, 2019, at 2:00 p.m., the same date as the hearing on Lindt's Motion to Compel Arbitration; and

Lindt's opposition to the Application is to be filed on December 5, 2019, and Jacobson's reply in support of its Application is to be filed on December 12, 2019.

DATED: October 24, 2019

_____
Troy L. Nunley
United States District Judge