Thomas B. Mayhew (State Bar No. 183539)
C. Brandon Wisoff (State Bar No. 121930)
Joshua W. Malone (State Bar No. 301836)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Fax: (415) 954-4480
tmayhew@fbm.com
bwisoff@fbm.com
jmalone@fbm.com

*Attorneys for*
LINDT & SPRUNGLI (NORTH AMERICA) INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, a North Carolina corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:19-CV-01889-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE**<br><br>Judge: Hon. Troy L. Nunley<br>Trial Date: TBD |

Defendant Lindt & Sprungli (North America) Inc. and Plaintiff Jacobson Warehouse Company, Inc., d/b/a XPO Logistics Supply Chain, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed their Complaint on September 18, 2019;

WHEREAS, Plaintiff served their Complaint on Defendant on September 19, 2019;

WHEREAS, Plaintiff served their First Amended Complaint on Defendant on October 7, 2019;

WHEREAS, per this Court's Initial Pretrial Scheduling Order, the parties are required to meet and confer pursuant to Rule 26(f) within sixty (60) days of service of the Complaint, *i.e.*,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO CONTINUE
RULE 26(F) CONFERENCE
Case No. 2:19-CV-01889-TLN-AC

36860\12794576.1

November 18, 2019;

WHEREAS, the parties disagree as to whether any or all of Plaintiff's claim is required to be submitted to arbitration, and Defendant accordingly filed a Motion to Compel Arbitration that is set for hearing on December 19, 2019;

WHEREAS, the parties agree that the Court's ruling on the pending Motion to Compel Arbitration has the potential to moot the need to meet and confer pursuant to Rule 26(f);

WHEREAS, the parties agree that if the Court denies Defendant's Motion to Compel Arbitration, the parties should meet and confer pursuant to Rule 26(f) within 30 days after such order;

WHEREAS, no prior extensions have been requested for the Rule 26(f) conference;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. If the Court enters an order denying Defendant's Motion to Compel Arbitration; the parties shall meet and confer as required under Rule 26(f) within 30 days after entry of such order.

Dated: November 13, 2019

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By: */s/ Thomas B. Mayhew*
Thomas B. Mayhew

Attorneys for LINDT & SPRUNGLI (NORTH AMERICA) INC.

Dated: November 13, 2019

THOMPSON COBURN LLP

By: */s/ Jeffrey N. Brown*
Jeffrey N. Brown

Attorneys for JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN

**SIGNATURE CERTIFICATION**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO CONTINUE
RULE 26(F) CONFERENCE
Case No. 2:19-CV-01889-TLN-AC

2

36860\12794576.1

1  I, Joshua W. Malone, am the CM/ECF user whose ID and password are being used to file
2 this Joint Stipulation to Continue Rule 26(f) Conference. I hereby certify that authorization for the
3 filing of this document has been obtained from each of the other signatories shown above and that
4 all signatories concur in the filing's content.

Dated: November 13, 2019  FARELLA BRAUN + MARTEL LLP

By: */s/ Joshua W. Malone*
　　　Joshua W. Malone

Attorneys for LINDT & SPRUNGLI (NORTH AMERICA) INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO CONTINUE
RULE 26(F) CONFERENCE
Case No. 2:19-CV-01889-TLN-AC

3

36860\12794576.1

## **ORDER ON STIPULATION TO CONTINUE RULE 26(F) CONFERENCE**

The Court, having considered the Joint Stipulation to Continue Rule 26(f) Conference set forth above, and for good cause shown, hereby ORDERS:

1. If the Court enters an order denying Defendant's Motion to Compel Arbitration; the parties shall meet and confer as required under Rule 26(f) within 30 days after entry of such order

DATED: November 13, 2019

_____
Troy L. Nunley
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIP. TO CONTINUE
RULE 26(F) CONFERENCE
Case No. 2:19-CV-01889-TLN-AC

4

36860\12794576.1