1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JACOBSON WAREHOUSE                    No. 2:19-CV-01889-TLN-AC
      COMPANY, INC. d/b/a XPO
12    LOGISTICS SUPPLY CHAIN, a
      North Carolina corporation,
13                                          **ORDER GRANTING <u>IN PART</u>
                                            DEFENDANT LINDT & SPRUNGLI
14                  Plaintiff,              (NORTH AMERICA) INC.'S REQUEST
                                            TO SEAL DOCUMENTS ISO MOTION TO
15           v.                             COMPEL ARBITRATION**

16    LINDT & SPRUNGLI (NORTH
      AMERICA) INC., a Delaware
17    corporation,

18                  Defendant.

19

20         The Court, having considered Defendant's Request to Seal Documents, as well as

21    Plaintiff's Declaration of Charles Michael Hopkins in Support of Filing Under Seal Portions of

22    Defendant's Motion to Compel Arbitration, finds good cause therefor and hereby GRANTS the

23    request IN PART.  The following documents shall be filed and maintained under seal unless and

24    until further order of the Court:

25         1.     <u>Exhibit A to the Declaration of Christopher Wood ISO Defendant's Motion to

26                Compel Arbitration</u>: Services Agreement entered into between Ghirardelli

27                Chocolate Company and Arnold Logistics LLC (pages 22-37).

28

                                              1

1    2.    <u>Exhibit B to the Declaration of Christopher Wood ISO Defendant's Motion to</u>

2          <u>Compel Arbitration</u>: Second Amendment to Services Agreement, entered into

3          between Ghirardelli Chocolate Company and Jacobson Warehouse Company, Inc.

4          (pages 39-41).

5    3.    <u>Exhibit C to the Declaration of Christopher Wood ISO Defendant's Motion to</u>

6          <u>Compel Arbitration</u>: Letter of Intent for Third Party Logistic Provider Services in

7          Tracy, entered into between Lindt and XPO Logistics Supply Chain, Inc. (pages

8          43-44).

9    4.    <u>Exhibit D to the Declaration of Christopher Wood ISO Defendant's Motion to</u>

10         <u>Compel Arbitration</u>:  First Amendment to Letter of Intent Between XPO and

11         Lindt. (pages 46-51).

12   5.    <u>Exhibit F to the Declaration of Christopher Wood ISO Defendant's Motion to</u>

13         <u>Compel Arbitration</u>: Jacobson's response to Lindt's Request for Production.

14         (pages 53-56).

15         The Court does not find good cause to warrant the sealing of Defendant's Notice of

16   Motion and Motion to Compel Arbitration; Memorandum of Points and Authorities.  Plaintiff's

17   declaration provides that sealing is warranted because the Services Agreement contains a broad

18   confidentiality provision intended to protect Plaintiff's trade secret information with respect to its

19   pricing.  The exhibits enumerated above contain such sensitive pricing information.  Defendant's

20   motion, however, does not.  Plaintiff (by way of the request properly made through Defendant)

21   essentially seeks to seal every quoted reference to the Agreement.  The Court does not find good

22   cause for such a broad application.  The request to seal Defendant's Notice of Motion and Motion

23   to Compel Arbitration; Memorandum of Points and Authorities is therefore DENIED without

24   prejudice to Plaintiff showing good cause to warrant the sealing of Defendant's brief.

25         IT IS SO ORDERED.

26   Dated: December 2, 2019

27

28   _____
           Troy L. Nunley
           2 United States District Judge