# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, an Iowa corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-01889-TLN-AC<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: December 19, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 |

The Court, having considered Plaintiff Jacobson Warehouse Company, Inc. d/b/a XPO Logistics Supply Chain's ("XPO") Request to Seal Documents (ECF No. 29), and for good cause shown, hereby GRANTS IN PART XPO's request and orders that the following documents be maintained under seal unless and until further order of the Court:

1. <u>Exhibit 1 to the Declaration of Charles Michael Hopkins in Opposition to Defendant's Motion to Compel Arbitration:</u>  First Amendment to Services Agreement, between Ghirardelli Chocolate Company and Arnold Logistics, LLC, dated May 2013 (pages 8-22).

///

///

2. <u>Exhibit 2 to the Declaration of Mr. Hopkins</u>: Second Amendment to Services Agreement, between Ghirardelli Chocolate Company and Jacobson Warehouse Company, Inc., dated March 15, 2015 (pages 23-26).

3. <u>Exhibit 3 to the Declaration of Mr. Hopkins</u>: Third Amendment to Services Agreement, between Ghirardelli Chocolate Company and Jacobson Warehouse Company, Inc., dated May 11, 2015 (pages 27-29).

With respect to Exhibit 4 to the Declaration of Mr. Hopkins, Plaintiff filed that exhibit conditionally under seal but provided that it was Defendant's burden to justify such sealing. In light of Defendant's Response to Plaintiff's request indicating it does not wish to file the exhibit under seal (ECF No. 33), Plaintiff's request with respect to Exhibit 4 is DENIED. The following document shall be filed on the public docket:

4. <u>Exhibit 4 to the Declaration of Mr. Hopkins</u>: Lindt & Sprungli North America Request for Proposal: Logistics Service Provider, dated March 2017 (pages 30-38).

IT IS SO ORDERED.

Dated: December 18, 2019

Troy L. Nunley
United States District Judge

**Error! Unknown document property name.** 2
ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS ISO OPPOSITION TO MOTION TO COMPEL ARBITRATION