# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JACOBSON WAREHOUSE COMPANY, INC. d/b/a XPO LOGISTICS SUPPLY CHAIN, a North Carolina corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDT & SPRUNGLI (NORTH AMERICA) INC., a Delaware corporation.<br><br>Defendant. | Case No. 2:19-CV-01889-TLN-AC<br><br>**ORDER GRANTING LINDT & SPRUNGLI (NORTH AMERICA) INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**<br><br>Judge: Hon. Troy L. Nunley<br>Date: December 19, 2019<br>Time: 2:00 p.m.<br>Courtroom 2 (15th Floor)<br><br>Trial Date: Not set |

1    The Court, having considered the Request to Seal Documents in Support of Opposition to Application for Right to Attach Order and Order for Issuance of Writ of Attachment (the "Request," ECF No. 30) submitted by Defendant Lindt & Sprungli (North America) Inc. ("Lindt") as well as Plaintiff's Declaration filed in support of the Request (ECF No. 34), and for good cause shown, hereby grants Lindt's Request and orders that the following documents be filed and maintained under seal unless and until further order of the Court:

    1.    Lindt's Opposition to XPO's Application for Right to Attach Order and Order for Issuance of Writ of Attachment.

    2.    Declaration of Christopher Wood in Support of Lindt's Opposition to XPO's Application for Right to Attach Order and Order for Issuance of Writ of Attachment.

    3.    Exhibit A to the Declaration of Christopher Wood in Support of Lindt's Opposition to XPO's Application for Right to Attach Order and Order for Issuance of Writ of Attachment.

    The versions of the above documents presently filed on the public docket are appropriately redacted. Un-redacted versions shall be filed under seal, as provided above.

    IT IS SO ORDERED.

Dated: January 6, 2020

_____
Troy L. Nunley
United States District Judge